IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CLIFFORD JOEL ELLISON                                             PLAINTIFF

VERSUS                              CIVIL ACTION NO. 1:08-cv-262-HSO-JMR

KEN BROADUS, *et al.*                                            DEFENDANTS

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff's Motion for Summary Judgment [52], Defendants' Motion to Strike [53], Defendants' Motion for Summary Judgment [60], Plaintiff's Motion for Extension of Time and to Dismiss [74], and Defendants' Motion to Strike [76]. The Court, after a full review and consideration of these pending Motions, Chief Magistrate Judge John M. Roper's Report and Recommendations [67], Plaintiff's Objection [71], the related pleadings, the record as a whole, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's case against Defendants is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 15th day of March, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE